IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | |
|---|---|
| CLIFFORD J. DAVLIN,            )<br>                               )<br>          Plaintiff,          )<br>                               )<br>     v.                        )<br>                               )<br>TIM MILLER, Unit Manager,      )<br>Housing Unit # 3, Nebraska     )<br>State Penitentiary; and        )<br>O. PEREZ, Case Worker,         )<br>Housing Unit # 3, Nebraska     )<br>State Penitentiary, and in     )<br>their individual and official  )<br>capacities,                    )<br>                               )<br>          Defendants.          )<br>_____) | 8:11CV396<br><br><br><br><br>MEMORANDUM AND ORDER |

      This matter is before the Court on plaintiff's Motions to Appoint Counsel (Filing Nos. 2, 12, 17, and 20).  The Court cannot routinely appoint counsel in civil cases.  In *Davis v. Scott*, 94 F.3d 444, 447 (8th Cir. 1996), the Eighth Circuit Court of Appeals explained that "[i]ndigent civil litigants do not have a constitutional or statutory right to appointed counsel. . . . The trial court has broad discretion to decide whether both the plaintiff and the court will benefit from the appointment of counsel . . . ."  *Id.* (quotation and citation omitted).  The Court has carefully reviewed the record in this matter and finds that no such benefit is apparent here.  The requests for the appointment of counsel will be denied without prejudice.

IT IS ORDERED that plaintiff's Motions to Appoint Counsel (Filing Nos. 2, 12, 17, and 20) are denied.

DATED this 2nd day of April, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.