IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

CLIFFORD J. DAVLIN,            )
                              )
            Plaintiff,         )          8:11CV396
                              )
      v.                       )
                              )
TIM MILLER, Unit Manager,      )          MEMORANDUM AND ORDER
Housing Unit # 3, Nebraska     )
State Penitentiary; and        )
O. PEREZ, Case Worker,         )
Housing Unit # 3, Nebraska     )
State Penitentiary, and in     )
their individual and official  )
capacities,                    )
                              )
            Defendants.         )
_____)

        This matter is before the Court on plaintiff's November

14, 2012, letter, which the Court construes as a motion to stop

payment of filing fee (Filing No. 29).  In his motion, plaintiff

requests that the Court cease collection of the filing fee in

this matter because it has been dismissed.  (*Id.*)

        Pursuant to the Prison Litigation Reform Act ("PLRA"),

a prisoner plaintiff is required to pay the full amount of the

Court's $350.00 filing fee by making monthly payments to the

Court, even if the prisoner is proceeding IFP.  28 U.S.C. §

1915(b).  "[T]he PLRA makes prisoners responsible for their

filing fees the moment the prisoner brings a civil action or

files an appeal."  *In re Tyler*, 110 F.3d 528, 529-30 (8th Cir.

1997); *Jackson v. N.P. Dodge Realty Co.*, 173 F. Supp. 2d 951 (D.

Neb. 2001).  Further, a prisoner plaintiff remains responsible

for the entire filing fee, as long as he is a prisoner, even if the case is dismissed at some later time. *Tyler*, 110 F.3d at 529-30; *Jackson*, 173 F. Supp. 2d at 951. Thus, even though this matter has been dismissed, plaintiff remains responsible for the entire filing fee.

IT IS ORDERED:

1. Plaintiff's November 14, 2012, letter, construed as a motion to stop payment of filing fee (Filing No. 29), is denied.

2. The clerk of the court is directed to send a copy of this Memorandum and Order to the appropriate official at plaintiff's institution.

DATED this 14th day of December, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court

---

* This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.